# raiser&kenniff
## ATTORNEYS AT LAW

Partners
Steven M. Raiser
Thomas A. Kenniff
Bruce R. Connolly
Ethan D. Irwin
Anthony V. Falcone

Associates
E. Gordon Haesloop
Nipun Marwaha

300 Old Country Road, Suite 351
Mineola, New York 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Edward Fregosi
John J. Rivas
Amy Sklar
Patricia A. Craig
Anthony J. Colleluori

March 13, 2019

**VIA ECF**

Hon. Carol Bagley Amon
U.S. District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   USA v. Brettschneider, et al.
>        18 CR 123 (CBA)(RER)

Dear Honorable Amon:

As requested by the Court at the conference held on March 8, 2019, we have no objection to having a magistrate judge conduct jury selection for the upcoming trial on the above-referenced matter.

We thank the Court for its continued attention to this matter and stand ready to provide any additional information required.

Respectfully submitted,

Steven M. Raiser, Esq.

Cc:   AUSA Lindsay Gerdes (via ECF)
      AUSA Andrey Spektor (via ECF)

Manhattan Office
87 Walker Street
New York, New York 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
80 Orville Drive, Suite 100
Bohemia, New York 11716
631-338-5711