UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOHN SCARPA, JR.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

18 CR 123 (S-1) (CBA)

VERDICT SHEET

## AS TO COUNT THREE
### Conspiracy to Use Interstate Facilities to Commit Bribery

How do you find the defendant JOHN SCARPA, JR.?

    Guilty _____    Not Guilty _____

## AS TO COUNT FOUR
### Use of Interstate Facilities to Commit Bribery

How do you find the defendant JOHN SCARPA, JR.?

    Guilty _____    Not Guilty _____