## CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: **AMON, J**      DATE: 5/23/2019
DOCKET #: CR18-00123      TIME: 9:45a-3:50p

DEFENDANT: John Scarpa-b      ATTORNEY: **Steven Raiser, Esq.**
                                                                    **Thomas Kenniff, Esq.**
                                                                    **Bruce Connolly, Esq.**

ASSISTANT U.S. ATTORNEY(S): Keith Edelman & Andrey Spektor
COURT REPORTER: Charleane Heading
INTERPRETER:                          DEPUTY CLERK: **E. Williams**

___✔___ Case Called.

_____ Jury Selection held.        _____ Jury Selection adjourned to

_____ Voir Dire begins.        _____ Jurors sworn

_____ Government opens        _____ Defendant(s) open

_____ Jury Trial held.        _____ Jury Trial resumes

Defendant's Rule 29 motion due June 3rd
Government's response due June 13th
PSR due 07/18/2019
Defendant's sentencing letter due 08/08/2019
Government's response due 08/22/2019
Sentencing is set for 09/18/2019 at 10:00am
USPD notified.
Government's application GRANTED for bond modification: Defendant not to practice any law.
Defendant's wife and son will remain suretors on the bond after being advised by the Court.

___✔___ Jury Trial ends.

___✔___ Guilty Verdict on Count(s) 3 and 4 of Indictment.

_____ Not Guilty Verdict on Count(s)

___✔___ Referred to Probation Department for PSI.