UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

JOHN SCARPA, JR.,

    Defendant.
------------------------------------------------------------x

**VERDICT SHEET**
18-CR-123 (CBA)

**AMON, United States District Judge:**

1. How do you find the defendant as to Count Three: Conspiracy to Use Interstate Facilities to Commit Bribery?

    GUILTY __✓__      NOT GUILTY _____

2. How do you find the defendant as to Count Four: Use of Interstate Facilities to Commit Bribery?

    GUILTY __✓__      NOT GUILTY _____

*Please report your verdict.*

                                          Avani K. Mathur
                                          SIGNATURE OF THE FOREPERSON

                                          Dated: 5/23/2019

1